IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 14 2016

JULIA C. DUDLEY, CLERK
BY: s/H. McDonald
DEPUTY CLERK

| | |
|---|---|
| FRANCIS A. BOWMAN, | ) |
| Plaintiff, | ) Case No.: 4:15-cv-00007 |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN | ) By: Hon. Jackson L. Kiser |
| Acting Commissioner, Social Security Administration, | ) Senior United States District Judge |
| Defendant. | ) |

Before me is the United States Magistrate Judge's Report and Recommendation, recommending that I enter an Order granting Defendant's Motion to Remand [ECF No. 21] and dismissing the case from the Court's active docket. (R. & R., Feb. 24, 2016 [ECF No. 22].) This Report was filed on February 24, 2016, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation shall be and, hereby, is **ADOPTED** in its entirety. Defendant's Motion to Remand is **GRANTED** for further administrative proceedings. See 42 U.S.C. § 405(g) (2014) (sentence four).[1] The clerk is directed to dismiss this case from the active docket of this Court.

The clerk is directed to send a copy of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

ENTERED this 14th day of April, 2016.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff had filed a Motion for Summary Judgment. [ECF No. 19.] Given my disposition of Defendant's Motion to Remand, to which Plaintiff consented (R. & R. at pgs. 1, 2), Plaintiff's Motion for Summary Judgment is hereby **DENIED AS MOOT**.